## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00147-DDD

BRIANNA BUENTELLO,

    Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

    Defendant.

## ENTRY OF APPEARANCE
_____

    David Lane of KILLMER, LANE & NEWMAN, LLP, an attorney in good standing and duly licensed to practice before this Honorable Court, hereby enters his appearance as counsel of record for the Plaintiff, Brianna Buentello.

    Respectfully submitted this 19th day of January 2021.

                                      **KILLMER, LANE & NEWMAN, LLP**

                                      *s/ David Lane*
                                      David Lane
                                      1543 Champa Street, Suite 400
                                      Denver, Colorado 80202
                                      Phone: (303) 571-1000
                                      Facsimile: (303) 571-1001
                                      dlane@kln-law.com
                                      *Counsel for Plaintiffs*

1