IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:21-cv-00147-DDD

BRIANNA BUENTELLO,

      Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

      Defendant.

## ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION

Plaintiff, Brianna Buentello, seeks to enjoin United States Congresswoman Lauren Boebert due to the Congresswoman's blocking of Ms. Buentello on Twitter in alleged violation of the First and Fourteenth Amendments. (Doc. 2.) As relief, Ms. Buentello asks this court to require Congresswoman Boebert to un-block her on Twitter. (*Id.* at p. 28.) Ms. Buentello appears to have served Congresswoman Boebert with notice of this suit. (Doc. 10.) The court will therefore set a briefing schedule on Plaintiff's motion for a preliminary injunction as follows:

- Congresswoman Boebert's response to the motion for a preliminary injunction is due on or before February 19, 2021.

- Plaintiff may reply to Defendant's response to the motion for a preliminary injunction on or before March 5, 2021.

It is FURTHER ORDERED that Ms. Buentello shall serve a copy of both her motion for a preliminary injunction (Doc. 2) and this Order on Congresswoman Boebert as soon as practicable but no later than

- 2 -

February 3, 2021. Such service must comply with the rules that apply for service of a complaint and summons as set forth in Federal Rule of Civil Procedure 4.

The court will decide whether to hold a hearing on the preliminary injunction motion once the motion is fully briefed.

DATED: February 1, 2021            BY THE COURT:

                                                Hon. Daniel D. Domenico
                                                United States District Judge