# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00147-DDD

BRI BUENTELLO,

    Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I, Suzanne Taheri, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Lauren Boebert in her individual capacity.

DATED: February 3, 2021.

    /s/ Suzanne Taheri
    Suzanne Taheri, #23411
    MAVEN LAW GROUP
    1800 Glenarm Place, Suite 950
    Denver, CO 80202
    Telephone: (303) 263-0844
    E-mail:  staheri@mavenlawgroup.com

    Counsel for Lauren Boebert, in her individual capacity

## CERTIFICATE OF SERVICE

I hereby certify I have served the foregoing upon the parties of record via CM/ECF – U.S. District Court filing, this 3rd day of February 2021.

                                                    By: /s/ *Suzanne Taheri*
                                                          Suzanne Taheri