## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Plaintiff(s):**
BRIANNA BUENTELLO

v.

**Defendant(s):**
LAUREN BOEBERT, in her official and individual capacities

**Affidavit of Service**

Case #:  21-CV-00147-DDD

Recieved on January 21, 2021 at 3:15 pm

I, Larry Hartman, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On January 22, 2021 at 12:59 pm, I executed service of a SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBIT 1; CIVIL COVER SHEET; MOTION FOR PRELIMINARY INJUNCTION, on LAUREN BOEBERT at Pueblo District Office, 503 N. Main Street, Suite 426, Pueblo, Pueblo County, CO 81003.

By Personal Service at workplace to: CLARICE NEVARRO - DISTRICT OFFICE MANAGER

**Physical Description:**

Race: Hispanic   Sex: Female   Age: 40's   Height: 5'3"   Weight: 140 lbs   Hair: Black   Glasses: Yes

Additional Comments: Service to Clarice Nevarro who identified herself as the district office manager for Lauren Boebert

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on January 25, 2021 at Pueblo, Colorado

Larry Hartman