IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00147-DDD

BRI BUENTELLO,

       Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

       Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I, George H. Brauchler, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Lauren Boebert in her individual capacity.

    DATED: February 4, 2021.

                                    /s/ George H. Brauchler
                                    George H. Brauchler, #25910
                                    MAVEN LAW GROUP
                                    1800 Glenarm Place, Suite 950
                                    Denver, CO 80202
                                    Telephone: (303) 218-7150
                                    Email: gbrauchler@mavenlawgroup.com

                                    Counsel for Lauren Boebert, in her individual capacity

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify I have served the foregoing upon the parties of record via CM/ECF – U.S. District Court filing, this 4th day of February 2021.

By: /s/ *George H. Brauchler*
George H. Brauchler