IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00147-DDD

BRI BUENTELLO,

    Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

    Defendants.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION [DOC. NO. 2]**

---

Defendant, Lauren Boebert, in her individual capacity ("Defendant" or 'Boebert") through counsel, MAVEN LAW GROUP, respectfully submits this UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION. [Doc No. 2]. Defendant states the following in support.

### I. CERTIFICATE OF CONFERRAL

Per the requirements of D.C.Colo.LCivR 7.1(a), Defendant conferred with counsel for the Plaintiff on February 11, 2021 regarding extending Defendant's deadline to respond to Plaintiff's Motion for Preliminary Injunction 15 days from when the affidavit of service on Boebert, serving in her official capacity has been filed with the Court. The deadline for Defendant's response is currently due Friday February 19, 2021. [Doc. No. 11]. Counsel for Plaintiff has confirmed they are not opposed to this motion.

1

### III.   REQUEST FOR RELIEF

Defendant respectfully requests this Court provide a 15-day extension to file her response to Plaintiff's Motion for Preliminary Injunction [Doc. No. 2] after the affidavit of service on Boebert, serving in her official capacity has been filed with the court. Defendant has not requested a previous extension.

### IV.   LEGAL STANDARD

Motions for Extension of time are governed by Fed. R. Civ. P. 6; D.C.Colo.LCivR 6.1 and 7.1. This motion is compliant with DDD Civ. P. S. C-E.

### V.   SHOW OF GOOD CAUSE

Good cause exists to extend Defendant's time to respond to Plaintiff's Motion for Preliminary Injunction because Boebert, serving in her official capacity has not been served. Plaintiff's counsel is still in the process of attempting to serve Defendant. Defendant needs the additional time to respond until service on Boebert, serving in her official capacity, has been served and the affidavit of service has been filed with the Court. No party will be prejudiced by the relief requested.

### VI.   CONCLUSION

WHEREFORE, Defendant respectfully requests this Court extend Defendant's time to file her Response to Plaintiff's Motion for Preliminary Injunction [Doc. No. 2] until 15 days after the affidavit of service has been filed with the court.

DATED: February 12, 2021.

/s/ Suzanne Taheri
Suzanne Taheri, #23411
George H. Brauchler, #25910
MAVEN LAW GROUP
1800 Glenarm Place, Suite 950
Denver, CO 80202
Telephone: (303) 263-0844
E-mail: staheri@mavenlawgroup.com
*Counsel for Lauren Boebert, in her individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify I have served the foregoing upon the parties of record via CM/ECF – U.S. District Court filing, this 12th day of February 2021.

                                                                By: /s/ *Suzanne Taheri*
                                                                      Suzanne Taheri