## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00147-DDD

BRI BUENTELLO,

    Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

    Defendants.

---

**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION [DOC. NO. 2]**

---

    The court, having reviewed Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Preliminary Injunction and finding good cause exists for the requested relief, hereby orders the motion is GRANTED. Defendant shall have 15 days to Respond to Plaintiff's Preliminary Injunction [Doc. No. 2] from the time the affidavit of service on Boebert serving in her official capacity has been filed with the court.

    DATED: February __, 2021.

                                                                 District Court Judge for the District of Colorado