## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Plaintiff(s):**
BRIANNA BUENTELLO

v.

**Defendant(s):**
LAUREN BOEBERT, in her official and individual capacities

**Affidavit of Service**

Case #:  21-CV-00147-DDD

Recieved on **January 21, 2021 at 3:15 pm**

I, **Fred Lowe,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **February 11, 2021 at 2:11 pm,** I executed service of a **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBIT 1; CIVIL COVER SHEET; MOTION FOR PRELIMINARY INJUNCTION; ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION,** on **US ATTORNEY OF COLORADO** at 1801 California Street, Suite 1600, Denver, Denver County, CO 80202.

**By Government Agency Service: JASMINE LOPEZ - RECEPTIONIST - AUTHORIZED TO ACCEPT**

**Physical Description:**

Race: Hispanic   Sex: Female   Age: 30's   Height: 5' 6"   Weight: 160 lbs   Hair: Black   Glasses: No

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on February 12, 2021 at Littleton, Colorado

*Fred Lowe* (signature)

Fred Lowe