IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00147-DDD

BRI BUENTELLO,

       Plaintiff,

v.

LAUREN BOEBERT, in her official and individual capacities,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed as against Lauren Boebert in her individual capacity without prejudice.

DATED this 2nd day of March 2021.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*

David A. Lane
Andy McNulty
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
dlane@kln-law.com
amcnulty@kln-law.com
ATTORNEYS FOR PLAINTIFF

1

CERTIFICATE OF SERVICE

      I certify that on this 2nd day of March 2021 I filed a true and correct copy of the foregoing via CM/ECF which will generate emailed notice to the following:

Suzanne Taheri  
Maven Law Group  
1800 Gelnarm Place, Ste 950  
Denver, CO 80202  
303-263-0844  
staheri@mavenlawgroup.com  
*Counsel for Defendant in her individual capacity*

                                        *s/ Jamie Akard*  
                                        Jamie Akard  
                                        Paralegal