# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIANNA BUENTELLO, *Plaintiff*, v. LAUREN BOEBERT, in her official capacity, *Defendant*. | Case No. 1:21-cv-00147 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby appear in this case as counsel for Lauren Boebert in her official capacity.

DATED: March 5, 2021

>  */s/ Douglas N. Letter*
>  Douglas N. Letter
>  Office of General Counsel
>  U.S. House of Representatives
>  5140 O'Neill House Office Building
>  Washington, DC 20515
>  202-225-9700
>  douglas.letter@mail.house.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

dlane@kln-law.com
amcnulty@kln-law.com
gbrauchler@mavenlawgroup.com
staheri@mavenlawgroup.com

                                                 */s/ Douglas N. Letter*
                                                Douglas N. Letter