IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIANNA BUENTELLO,<br><br>*Plaintiff*,<br><br>v.<br><br>LAUREN BOEBERT, in her official capacity,<br><br>*Defendant*. | Case No. 1:21-cv-00147 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby appear in this case as counsel for Lauren Boebert in her official capacity.

DATED: March 5, 2021

> */s/ Brooks M. Hanner*
> Brooks M. Hanner
> Office of General Counsel
> U.S. House of Representatives
> 5140 O'Neill House Office Building
> Washington, DC 20515
> 202-225-9700
> brooks.hanner@mail.house.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

dlane@kln-law.com
amcnulty@kln-law.com
gbrauchler@mavenlawgroup.com
staheri@mavenlawgroup.com

                                                                 */s/ Brooks M. Hanner*
                                                                  Brooks M. Hanner