IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIANNA BUENTELLO,<br><br>                          *Plaintiff*,<br><br>    v.<br><br>LAUREN BOEBERT, in her official capacity,<br><br>                          *Defendant*. | Case No. 1:21-cv-00147 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby appear in this case as counsel for Lauren Boebert in her official capacity.

    DATED: March 5, 2021

                                                */s/ Todd B. Tatelman*
                                                Todd B. Tatelman
                                                Office of General Counsel
                                                U.S. House of Representatives
                                                5140 O'Neill House Office Building
                                                Washington, DC 20515
                                                202-225-9700
                                                todd.tatelman@mail.house.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

dlane@kln-law.com
amcnulty@kln-law.com
gbrauchler@mavenlawgroup.com
staheri@mavenlawgroup.com

                                        */s/ Todd B. Tatelman*
                                        Todd B. Tatelman