IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIANNA BUENTELLO,<br><br>    *Plaintiff*,<br><br>v.<br><br>LAUREN BOEBERT, in her official capacity,<br><br>    *Defendant*. | Case No. 1:21-cv-00147 |

**JOINT MOTION FOR SCHEDULING ORDER AND TO EXCEED WORD LIMITATION**

Plaintiff Brianna Buentello and Defendant United States Representative Lauren Boebert, in her official capacity, respectfully request that the Court enter an order establishing the following proposed briefing schedule and allowing the parties to exceed the word limitations on the briefing related to Ms. Buentello's preliminary injunction motion. In support of this joint motion, counsel for both parties state as follows:

  1.  On January 17, 2021, Ms. Buentello filed a complaint and motion for preliminary injunction against Rep. Boebert "in her personal and individual capacities." *See* ECF Nos. 1 & 2.

  2.  Plaintiff's motion for a preliminary injunction includes approximately 9,000 words. *See* ECF No. 2. The Court's practice standards limit such motions to 5,500 words. Plaintiff filed her motion prior to this case being assigned to this Court and being subject to this Court's practice standards.

  3.  On February 12, 2021, counsel for Rep. Boebert in her personal capacity filed an unopposed motion for an extension of time to respond to the preliminary injunction motion,

which sought to peg the response deadline to 15 days after Rep. Boebert was served in her official capacity. *See* ECF No. 15.

4. On February 16, 2021, the Court granted the motion and ordered that Rep. Boebert's response to the preliminary injunction motion would be due 15 days after Ms. Buentello files an affidavit proving service on the United States. *See* ECF No. 16.

5. On March 2, 2021, Plaintiff's counsel filed a Summons establishing service on the United States. Accordingly, Rep. Boebert's response to the preliminary injunction motion is currently due on March 15, 2021. *See* ECF No. 19. Ms. Buentello also filed a notice of voluntary dismissal of "Lauren Boebert in her individual capacity" on March 2, 2021. *See* ECF No. 18.

6. Pursuant to the notice of voluntary dismissal, on March 8, 2021, the Court dismissed the individual capacity claims against the Defendant without prejudice. *See* ECF No. 23.

7. The parties have met and conferred and now respectfully move the Court to establish the following deadlines and word limitations for the preliminary injunction briefing:

   a. Rep. Boebert's response to the motion for preliminary injunction shall be filed by **March 30, 2021**. To allow Rep. Boebert the opportunity to fully respond to Ms. Buentello's motion, Rep. Boebert's response shall include no more than 9,000 words.

   b. Ms. Buentello's reply on the motion for preliminary injunction shall be filed by **April 9, 2021**. Ms. Buentello's reply shall include no more than 4,400 words.

8. A proposed order is attached. The parties are available for a telephone conference with the Court if there are any questions about this approach.

Dated: March 8, 2021                                         Respectfully submitted,


K<small>ILLMER</small>, L<small>ANE</small> & N<small>EWMAN</small>, LLP                     */s/ Douglas N. Letter*
                                                             DOUGLAS N. LETTER
*s/ Andy McNulty*                                              *General Counsel*
David A. Lane                                                TODD B. TATELMAN
Andy McNulty                                                   *Principal Deputy General Counsel*
1543 Champa Street, Suite 400                                BROOKS M. HANNER
Denver, CO 80202                                               *Associate General Counsel*
(303) 571-1000
(303) 571-1001                                               OFFICE OF GENERAL COUNSEL
dlane@kln-law.com                                            U.S. HOUSE OF REPRESENTATIVES
amcnulty@kln-law.com                                         5140 O'Neill House Office Building
                                                             Washington, D.C. 20515
A<small>TTORNEYS FOR</small> P<small>LAINTIFF</small>                                (202) 225-9700 (telephone)
                                                             douglas.letter@mail.house.gov

                                                              *Counsel for Rep. Boebert, in her official*
                                                              *capacity*

3

**TYPE-VOLUME CERTIFICATION**

1. This document complies with the word limit set forth in DDD Civ. P.S. III(A)(1) because, excluding parts of the document exempted under the practice standards, this document contains 452 words.

2. This document complies with the typeface and type-style requirements set forth in DDD Civ. P.S. I(D) because this document has been prepared in Microsoft Word using 12-point Times New Roman, a proportionally spaced, serif font typeface.

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Colorado, which will send notification of that filing to all counsel of record in this litigation.

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER