IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BRIANNA BUENTELLO,

          *Plaintiff*,

v.

LAUREN BOEBERT, in her official capacity,

          *Defendant*.

Case No. 1:21-cv-00147

# ORDER

Plaintiff Brianna Buentello and Defendant United States Representative Lauren Boebert, in her official capacity, have moved the court for an order establishing a briefing schedule and allowing the parties to exceed the word limitations on the briefing related to Ms. Buentello's preliminary injunction motion. The court GRANTS this motion and sets the following deadlines and word limitations for the preliminary injunction briefing:

- Rep. Boebert's response to the motion for preliminary injunction shall be filed by **March 30, 2021**. To allow Rep. Boebert the opportunity to fully respond to Ms. Buentello's motion, Rep. Boebert's response shall include no more than 9,000 words.

- Ms. Buentello's reply on the motion for preliminary injunction shall be filed by **April 9, 2021**. Ms. Buentello's reply shall include no more than 4,400 words.

The court will decide whether to hold a hearing on the preliminary injunction motion once the motion is fully briefed.

Dated: March ____, 2021

BY THE COURT:

_____
Hon. Daniel D. Domenico
U.S. District Judge