# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BRIANNA BUENTELLO,<br><br>*Plaintiff*,<br><br>v.<br><br>LAUREN BOEBERT, in her official capacity,<br><br>*Defendant*. | Case No. 1:21-cv-00147 |

### DECLARATION OF CONGRESSWOMAN LAUREN BOEBERT

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I make this declaration in support of Congresswoman Lauren Boebert's Response to Ms. Buentello's Motion for Preliminary Injunction.

2. I created a personal Twitter account with the handle @laurenboebert on December 8, 2019, the same day I officially declared my candidacy for the U.S. House of Representatives, Office of the Third Congressional District of Colorado.

3. I am the owner and operator of the @laurenboebert Twitter account.

4. I created this Twitter account to communicate with potential voters and other political actors.

5. I have also used my personal Twitter account specifically to solicit political support and raise campaign funds.

6. Consistent with the purpose of the @laurenboebert account, I have included a link to the "Lauren Boebert for Congress" campaign fundraising website so that it is easily visible to the public.

7. This is how my personal Twitter account appeared as of March 23, 2021:

1



8. On November 4, 2020, I was declared the winner of the election for the Congressional seat I now hold.

9. Following my election and consistent with the advice and guidance of the Committee on House Administration (CHA), I began to set up my Congressional Office, which included establishing an official House website.

10. On December 28, 2020, CHA assisted Jeff Small, my incoming Chief of Staff, and me with setting up official House social media pages, including my official House Twitter account, @RepBoebert.

3

11. My intent in establishing the official @RepBoebert Twitter account was to communicate with my constituents as part of my official and representational duties as a Member of Congress.

12. Consistent with this purpose, my official House Twitter account includes a link to my official House website, www.boebert.house.gov.

13. My official House Twitter account has been used exclusively for official purposes since its creation.

14. The account was created with official resources and is operated exclusively by my Congressional staff or me.

15. As of March 23, 2021, my official House account appeared as follows:



16.     I have never blocked Ms. Brianna Buentello from my official House Twitter account, nor have ever I directed my Congressional staff to block her from this account.

17.     I have never blocked anyone from my official House Twitter account, nor have I ever directed my Congressional staff to block anyone from this account.

18.     My personal Twitter account, @laurenboebert, is separate and distinct from my official House Twitter account, @RepBoebert.  My campaign staff has never operated my official House Twitter account, @RepBoebert, nor have they ever had the log-in credentials to

4

do so.  Similarly, none of my Congressional staff have ever operated my personal Twitter account, @laurenboebert.

19. Accordingly, I use the two accounts for different purposes, as set forth in this declaration.

20. In my view, I have always been acting in my private capacity as a candidate for office when I have operated the @laurenboebert Twitter account.

Executed on this __30__th day of March 2021

_____
Lauren Boebert