# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BRIANNA BUENTELLO,

    *Plaintiff*,

v.

LAUREN BOEBERT, in her official capacity,

    *Defendant*.

Case No. 1:21-cv-00147

## DECLARATION OF JEFF SMALL

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I make this declaration in support of Congresswoman Lauren Boebert's Response to Ms. Buentello's Motion for Preliminary Injunction.

2. On November 9, 2020, I agreed to join the Congressional staff of the Honorable Lauren Boebert, U.S. Representative-Elect for the Third Congressional District of Colorado, as Chief of Staff.

3. I officially started as the Congresswoman's Chief of Staff on January 3, 2021, and have served in that role ever since.

4. As Congresswoman Boebert's Chief of Staff, I oversee all her Congressional staff and am familiar with all the staff's official duties.

5. My job duties also include acting as the Office's chief advisor; developing and implementing all policy objectives, strategies, and operating plans for the Office; managing and directing all activities and staff; coordinating the activities of the Member with leadership and

1

Committee offices; coordinating the activities of the Member with external and intergovernmental organizations; and overseeing the Office budget and personnel activity.

6. As part of my duties, on December 28, 2020, I assisted with creating an official House Twitter account for the then-Congresswoman-elect.

7. The Congresswoman's official House Twitter account handle was created as @RepBoebert.

8. I understood at the time of creation that this account is to be used only for official House purposes.

9. Since Congresswoman Boebert was sworn into office on January 3, 2021, I have supervised Congressional staff who have been, along with the Congresswoman herself, responsible for posting messages to the Congresswoman's official social media accounts, including the @RepBoebert Twitter account.

10. I have advised the Congresswoman's staff that this account is to be used only for official purposes and in no event for any campaign purposes.

11. To my knowledge, the @RepBoebert Twitter account has only been operated by Congresswoman Boebert and her Congressional staff.

12. I understand that Ms. Brianna Buentello is not currently blocked from the Congresswoman's official House Twitter account, nor has she ever been.

13. I understand that no one has ever been blocked from the Congresswoman's official House Twitter account.

14. To my knowledge, none of Congresswoman Boebert's Congressional staff have ever operated her personal Twitter account, @laurenboebert.

15. To my knowledge, no official government resources, including government computers, smartphones, or tablets, have ever been used in the operation of the @laurenboebert Twitter account.

Executed on this __30__th day of March 2021

*Jeff Small*
Jeff Small