IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BRIANNA BUENTELLO,

        *Plaintiff*,

v.

LAUREN BOEBERT, in her official capacity,

        *Defendant*.

Case No. 1:21-cv-00147

**UNOPPOSED MOTION FOR SCHEDULING ORDER**

    Defendant United States Representative Lauren Boebert, in her official capacity, respectfully requests that the Court enter an order establishing the following proposed briefing schedule. In support of this motion, the undersigned states as follows:

    1. On June 24, 2021, the Court denied Ms. Buentello's motion for preliminary injunction. *See* ECF No. 31.

    2. Following that order, counsel for the parties met and conferred regarding each party's anticipated next steps in this matter and the most efficient schedule for any related briefs.

    3. As a result of those discussions, Congresswoman Boebert now respectfully moves the Court to establish the following deadlines:

    a. Rep. Boebert's forthcoming motion to dismiss the complaint shall be filed by **August 25, 2021**.

    b. Ms. Buentello's response to the motion to dismiss shall be filed by **September 15, 2021**.

    c. Rep. Boebert's reply regarding the motion to dismiss shall be filed by **September 24, 2021**.

4.  Given the House's other litigation deadlines and the Congresswoman's ongoing official duties, this schedule will allow the parties to efficiently litigate the remaining issues in dispute and will permit the Congresswoman to fully address the important issues presented in this case.

5.  Counsel for Plaintiff Brianna Buentello has indicated that Ms. Buentello does not oppose this motion.

Dated: July 26, 2021                                Respectfully submitted,


                                                    /s/ Douglas N. Letter
                                                    DOUGLAS N. LETTER
                                                      General Counsel
                                                    TODD B. TATELMAN
                                                      Principal Deputy General Counsel
                                                    BROOKS M. HANNER
                                                      Associate General Counsel

                                                    OFFICE OF GENERAL COUNSEL
                                                    U.S. HOUSE OF REPRESENTATIVES
                                                    5140 O'Neill House Office Building
                                                    Washington, D.C. 20515
                                                    (202) 225-9700 (telephone)
                                                    douglas.letter@mail.house.gov

                                                    *Counsel for Rep. Boebert, in her official capacity*

## TYPE-VOLUME CERTIFICATION

1.     This document complies with the word limit set forth in DDD Civ. P.S. III(A)(1) because, excluding parts of the document exempted under the practice standards, this document contains 211 words.

2.     This document complies with the typeface and type-style requirements set forth in DDD Civ. P.S. I(D) because this document has been prepared in Microsoft Word using 12-point Times New Roman, a proportionally spaced, serif font typeface.


                                            <u>*/s/ Douglas N. Letter*</u>
                                            DOUGLAS N. LETTER

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Colorado, which will send notification of that filing to all counsel of record in this litigation.

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER