IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00147-DDD

BRIANNA BUENTELLO,

    Plaintiff,

v.

LAUREN BOEBERT, in her official capacity,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion for Summary Judgment, filed on October 28, 2022, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that judgment is hereby entered in favor of Defendant, Lauren Boebert, in her official capacity, and against Plaintiff, Brianna Buentello, on Defendant's Motion for Summary Judgment. It is further

    ORDERED that Plaintiff's First Amendment claims are DISMISSED WITH PREJUDICE. It is further

ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiff's claim under the Colorado Constitution and that claim is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 31st day of October, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk